NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

HAROLD J. BAKER,⁣ )
⁣ )
      Appellant,⁣ )
⁣ )
v.⁣ )    Case No. 2D17-1259
⁣ )
WELLS FARGO BANK,⁣ )
⁣ )
      Appellee.⁣ )
_____ )

Opinion filed August 17, 2018.

Appeal from the Circuit Court for Polk
County; Larry Helms, Judge.

Harold J. Baker, Appellant

M. Hope Keating of Greenberg Traurig
P.A., Tallahassee, and Michele L. Stocker
of Greenberg Traurig P.A., Fort Lauderdale,
for Appellee

PER CURIAM.

      Affirmed.

CASANUEVA, CRENSHAW, and ATKINSON, JJ., Concur.